UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS SUAREZ,<br><br>               Petitioner,<br><br>   v.<br><br>SPEARMAN, Warden,<br><br>              Respondent. | Case No. CV 15-4918 RSWL (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 08/13/15

                                                  s/ RONALD S.W. LEW<br>                                                  HON. RONALD S.W. LEW<br>                                                  Senior U.S. District Judge